Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                           Mar 31, 2015

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY: ____PMC____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL OF CALIFORNIA

| | |
|---|---|
| MARK ARMSTRONG,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10;<br><br>    Defendants. | CASE NO. 14-cv-07436-SVW(FFMx)<br>*Judge Stephen V. Wilson*<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Dept. 6<br><br>JS-6 |

The parties have stipulated that this matter has been resolved in its entirety with each side to bear their own attorneys' fees and costs. This matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 31, 2015

*/s/ Stephen V. Wilson*

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

/ / /